# EXHIBIT C

| Ward | New Pct Count | Old Pct Count | Difference |
|---|---|---|---|
| Ward 1 | 26 | 44 | -18 |
| Ward 2 | 25 | 46 | -21 |
| Ward 3 | 27 | 41 | -14 |
| Ward 4 | 28 | 38 | -10 |
| Ward 5 | 25 | 41 | -16 |
| Ward 6 | 27 | 48 | -21 |
| Ward 7 | 31 | 46 | -15 |
| Ward 8 | 30 | 56 | -26 |
| Ward 9 | 30 | 51 | -21 |
| Ward 10 | 25 | 36 | -11 |
| Ward 11 | 23 | 38 | -15 |
| Ward 12 | 22 | 23 | -1 |
| Ward 13 | 40 | 48 | -8 |
| Ward 14 | 15 | 31 | -16 |
| Ward 15 | 20 | 24 | -4 |
| Ward 16 | 25 | 36 | -11 |
| Ward 17 | 29 | 41 | -12 |
| Ward 18 | 26 | 50 | -24 |
| Ward 19 | 36 | 57 | -21 |
| Ward 20 | 23 | 39 | -16 |
| Ward 21 | 29 | 54 | -25 |
| Ward 22 | 19 | 25 | -6 |
| Ward 23 | 33 | 39 | -6 |
| Ward 24 | 19 | 41 | -22 |
| Ward 25 | 17 | 32 | -15 |
| Ward 26 | 32 | 49 | -17 |
| Ward 27 | 29 | 50 | -21 |
| Ward 28 | 26 | 46 | -20 |
| Ward 29 | 24 | 44 | -20 |
| Ward 30 | 26 | 32 | -6 |
| Ward 31 | 23 | 41 | -18 |
| Ward 32 | 30 | 43 | -13 |
| Ward 33 | 17 | 28 | -11 |
| Ward 34 | 20 | 53 | -33 |
| Ward 35 | 22 | 31 | -9 |
| Ward 36 | 27 | 30 | -3 |
| Ward 37 | 22 | 41 | -19 |
| Ward 38 | 25 | 41 | -16 |
| Ward 39 | 35 | 45 | -10 |
| Ward 40 | 23 | 39 | -16 |
| Ward 41 | 31 | 47 | -16 |
| Ward 42 | 24 | 42 | -18 |
| Ward 43 | 23 | 46 | -23 |
| Ward 44 | 21 | 41 | -20 |
| Ward 45 | 29 | 48 | -19 |
| Ward 46 | 23 | 40 | -17 |
| Ward 47 | 28 | 48 | -20 |
| Ward 48 | 35 | 46 | -11 |
| Ward 49 | 17 | 33 | -16 |
| Ward 50 | 28 | 40 | -12 |