IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE WILSON, ROBERT FIORETTI, EARL C. WILLIAMS, EUGENE WOLF, NINA STONER, MINOR J. ALLEN JR., GERALDINE YOUNG, FRANCISCO RODRIGUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO BOARD OF ELECTION COMMISIONERS, a municipal agency, MARISEL A. HERNANDEZ, Chair, WILLIAM J. KRESSE, Commissioner, and JUNE A. BROWN, Commissioner, each in their official capacities as members of the Chicago Board of Election Commissioners, <br><br> Defendants. | Case No. 22 C 4577 <br><br> Judge Joan H. Lefkow <br><br> Magistrate Judge Gabriel A. Fuentes |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADING**

Defendants, Chicago Board of Election Commissioners, Marisel A. Hernandez, William J. Kresse and June A. Brown (hereinafter "CBEC"), by their attorney, for their motion for an extension of time to answer or otherwise plead, to and including October 10, 2022, state:

1. Defendants' responsive pleading to Plaintiffs' complaint is due to be filed on September 19, 2022. This Court has set an initial status hearing for October 25, 2022. Dkt. 3.

2. Defendants are in the process of retaining counsel to defend them in this matter.

3. Defendants request an extension of time to file their responsive pleading. Plaintiffs' complaint consists of four separate counts and 76 paragraphs.

4. This requested extension is not sought for purposes of delay, but is needed to allow Defendants time to retain counsel.

5. Undersigned counsel has attempted to contact Plaintiffs' counsel Andrew Finko to discuss Plaintiffs' position regarding this motion but, at the time of this filing, has not received a response. No prejudice will be suffered by any party as a result of the requested extension.

WHEREFORE, Defendants, Chicago Board of Election Commissioners, Marisel A. Hernandez, William J. Kresse and June A. Brown requests an extension of time to answer or otherwise plead, to and including October 10, 2022, and for any other relief this Court deems appropriate.

                Respectfully submitted,

By: /s/ Adam W. Lasker
     Attorney for Defendants Chicago Board of
     Election Commissioners, Marisel A. Hernandez,
     William J. Kresse and June A. Brown

Adam W. Lasker
General Counsel
Chicago Board of Election Commissioners
69 W. Washington St., Ste. 800
Chicago, Illinois 60602
(312) 269-7900
*Attorney for Defendants Chicago Board*
*of Election Commissioners, Marisel A. Hernandez,*
*William J. Kresse and June A. Brown*