## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Willie Wilson, et al.

                              Plaintiff,

v.                                       Case No.: 1:22–cv–04577
                                                                 Honorable Joan H. Lefkow

City of Chicago Board of Election Commissioners, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 20, 2022:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion for extension of time [5] is granted. Defendants shall answer or otherwise plead to the complaint by 10/10/2022. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.