# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Willie Wilson, et al.

                    Plaintiff,

v.                                    Case No.: 1:22–cv–04577

                                    Honorable Joan H. Lefkow

City of Chicago Board of Election Commissioners, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2022:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion for leave to file excess pages [16] is granted. Plaintiff's response to the motion to dismiss [17] is due by 11/22/2022; defendant's reply is due by 12/6/2022. The status hearing set for 11/8/2022 remains as set. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.