IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE WILSON, ROBERT FIORETTI, EARL C. WILLIAMS, EUGENE WOLF, NINA STONER, MINOR J. ALLEN JR., GERALDINE YOUNG, FRANCISCO RODRIGUEZ, <br><br>     Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO BOARD OF ELECTION COMMISSIONERS, a municipal agency, MARISEL A. HERNANDEZ, Chair, WILLIAM J. KRESSE, Commissioner, and JUNE A. BROWN, Commissioner, each in their official capacities as members of the Chicago Board of Election Commissioners, <br><br>     Defendants. | No. 2022-cv-4577 <br><br> Hon. Joan Lefkow |

### Motion to Voluntarily Dismiss

Plaintiffs, through their attorney, respectfully request that this matter is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(2).

Respectfully submitted:

By:  /s/Andrew Finko
Attorney for Plaintiffs

Andrew Finko
166 W. Washington St. / Suite 400
Chicago, IL 60602
Ph  (773) 480-0616
Em Finkolaw@Fastmail.FM

### Certificate of Service

The undersigned an attorney, certifies under penalties of perjury that on November 3, 2022, he filed the foregoing motion with the ECF/CM system for the Northern District of Illinois, Eastern Division, which sends an email with a download link to all counsel of record.

 /s/  Andrew Finko